IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-349-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSHUA KWAME ASANE | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $146.31. The clerk is DIRECTED to pay The Chelsea the sum of $146.31.

SO ORDERED, this 15th day of April, 2021.

LOUISE W. FLANAGAN
United States District Judge