IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-349-FL-1

FILED IN OPEN COURT
ON 4|16|21 SCC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. ) VERDICT
)
JOSHUA KWAME ASANE )

We, the jury, unanimously find as to the defendant:

As to **count one** of the indictment:

___X___ Not Guilty

_____ Guilty

As to **count two** of the indictment:

___X___ Not Guilty

_____ Guilty

As to **count four** of the indictment:

_____ Not Guilty

___X___ Guilty

As to **count five** of the indictment:

_____ Not Guilty

___X___ Guilty

As to **count six** of the indictment:

_____ Not Guilty

_____X_____ Guilty

So say we all, this the $16$ day of April, 2021.

2